IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: : **FILED UNDER SEAL**
SEIZURE WARRANT : Misc. No. 06-74M-MPT

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the Application and Affidavit for Seizure Warrant, Seizure Warrant, the Motion and Order to Seal, this Motion and Order to Unseal and the related file in the above-captioned case, because the seizure warrant has been executed.

                                                  COLM F. CONNOLLY
                                                  United States Attorney

BY: _____
        Beth Moskow-Schnoll
        Assistant United States Attorney

Dated: June 6, 2006

      **AND NOW** this ___7___ day of ___June___, 2006, based upon the foregoing Motion, **IT IS ORDERED** that the Application and Affidavit for Seizure Warrant, Seizure Warrant, the Motion and Order to Seal, this Motion and Order to Unseal and the related file in the above-captioned case be **UNSEALED**.

                                        _____
                                        HONORABLE MARY PAT THYNGE
                                        United States Magistrate Judge
                                        District of Delaware

FILED JUN -7 2006