AO 93 (Rev. 5/85) Search Warrant

# United States District Court

## DISTRICT OF DELAWARE

In the Matter of the Search of
(Address or brief description of property to be seized)

ING Direct Bank Account No.

**SEIZURE WARRANT**

CASE NUMBER: 06-74M-MPT

REDACTED

TO: Special Agent Robert Delgado   and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Robert Delgado who has reason to believe that in the District of Delaware there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

the contents of ING Direct Bank Account No.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime -- 6:00 a.m. to 10:00 p.m.) (at any time in the day or night as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to United States Magistrate Judge Mary Pat Thynge as required by law.

June 5, 2006                             at     Wilmington, Delaware
Date                                            City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware
Name and Title of Judicial Officer              Signature of Judicial Officer

FILED
JUN 2 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| June 5th, 2006 | June 5th, 2006  12:10 PM | Maggie Rostocki - Legal Dept<br>Robert Addeo - Risk Management |

INVENTORY MADE IN THE PRESENCE OF  Maggie Rostocki and Robert Addeo - ING Direct Bank

### INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Contents of ING Direct Bank Account No. _____ - 3,
$79,658.90 Wired to:

Treasury Forfeiture Funds Suspense Account
Federal Reserve Bank, New York NY
ABA # _____ ;
Acct # _____ ;

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____ Special Agent IRS

Subscribed, sworn to, and returned before me this date.

_____  6/8/06
U.S. Judge or Magistrate    Date

Date of Service: June 5TH, 2006 @ 12:10 PM

Served: Maggie Rostocki, Legal Department
802 Delaware Avenue
Wilmington, Delaware 19801

Served Via: Fax (302) - ___, & Follow up Mailing.
Personal Service: Maggie Rostocki
Property Seized: Contents of ING Direct Bank Account
($79,604.34 as of 05/31/2006 plus interest to 06/05/20
Total = $79,658.90

Served By: Robert Delgado, Special Agent IRS

Date Warrant Received: June 5TH, 2006

I swear that this inventory is a true & detailed account of the property seized by me on the warrant.

Robert Delgado  6/8/2006

Sworn to + subscribed before me on this date.

_[signature]_
Magistrate Judge   June 8, 2006